In the Matter of the Last Will and Testament of ELIZABETH LANSING, Deceased. WILLIAM B. LANSING, Appellant; SAMUEL D. LANSING, Respondent. (Proceeding No. 1.) In the Matter of ELIZABETH B. LANSING IRREVOCABLE TRUST AND THE ESTATE OF ELIZABETH B. LANSING, Deceased. FRANK B. IACOVANGELO, as Successor Trustee of ELIZABETH B. LANSING IRREVOCABLE TRUST and Administrator C.T.A. of the Estate of ELIZABETH B. LANSING,

Deceased, Petitioner; SAMUEL D. LANSING, Respondent. (Proceeding No. 2.) [815 NYS2d 886]—Appeal from an order of the Surrogate's Court, Monroe County (Edmund A. Calvaruso, S.), entered March 3, 2005. The order, insofar as appealed from, denied the motion of petitioner William B. Lansing for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Surrogate's Court. Present—Kehoe, J.P., Gorski, Martoche, Smith and Pine, JJ.